Carolina T. Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 North Broad Street, 2nd Floor
Ridgewood, NJ 07450
Telephone: (201) 379-4040
Fax: (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONTOYA DIAZ, Sebastian<br><br>Petitioner,<br><br>v.<br><br>Helen Grimes, Warden, Delaney Hall Detention Facility,<br>Ruben Perez, in his official capacity, Newark Field Office Director, U.S. Immigration and Customs Enforcement;<br>David Venturella, Acting Director, U.S. Immigration and Customs Enforcement;<br>Markwayne Mullin, in his official capacity, Secretary, U.S. Department of Homeland Security (hereinafter "DHS");<br>Todd Blanche, the Attorney General of the United States of America<br><br>Respondents. | Case No.: **2:26-cv-12299-MCA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Sebastian Montoya Diaz, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned Petition for Writ of Habeas Corpus without prejudice. No respondent has served an answer, return, or motion for summary judgment, and no court order is required.

Respectfully submitted,

*/s/ Carolina Theresa Curbelo, Esq.*

Dated: September 24, 2026

Carolina Theresa Curbelo, Esq.
The Law Office of Carolina T. Curbelo, LLC
41 N. Broad Street, 2nd Floor
Ridgewood, New Jersey 07450
Tel. (201) 379-4040
Fax (201) 379-4777
Email: Carolina.Curbelo@curbelolaw.com
Attorney for Petitioner

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/24/26